## STATE OF CONNECTICUT *v.* MICHAEL STINSON

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Robert G. Golger*, special public defender, in support of the petition.

*Susann E. Gill*, assistant state's attorney, in opposition.

Decided March 5, 1996

## STATE OF CONNECTICUT *v.* SCOTT DESMOND

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 915 (AC 13487), is denied.

*Frederick W. Odell*, in support of the petition.

*Ronald G. Weller*, deputy assistant state's attorney, in opposition.

Decided March 11, 1996

## STATE OF CONNECTICUT *v.* KENNETH PRUTTING

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Temmy Ann Pieszak*, assistant public defender, in support of the petition.